■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. METZLER, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Burger* (51 AD2d 670). (Appeal from judgment of Genesee County Court convicting defendant of criminally selling a dangerous drug, third degree.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Witmer, JJ.